LAUTMANN & GLENN LLP
Denise Savoie Lautmann, SBN 124155
Katherine L. Glenn, SBN 269987
150 Willowbrook Drive
Portola Valley, CA  94028
Telephone:  (650) 851-7123
Facsimile:  (650) 206-5222
Email:  denise@lglawgroup.net
Email:  katie@lglawgroup.net

Attorneys for Defendant
American President Lines, Ltd.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FENNIS GIPSON<br><br>      Plaintiff,<br><br>vs.<br><br>AMERICAN PRESIDENT LINES, LTD., BETEILIGUNGS-KG MS "NORTHERN GLANCE" SCHIFFAHRTSGES. MBH&CO., NEPTUNE ORIENT LINES, LTD. in personam; APL MALAYSIA, her engines, tackle, furniture, apparel, etc., in rem; DOES 1-10<br><br>      Defendants. | Case No.  C13-cv-03634 JST<br><br>STIPULATION FOR DISMISSAL AS TO DEFENDANTS AMERICAN PRESIDENT LINES, LTD. AND NEPTUNE ORIENT LINES, LTD. AND ~~PROPOSED~~ ORDER<br><br>Date Action Filed:     August 6, 2013 |

IS HEREBY STIPULATED by and between the parties hereto that Plaintiff Fennis Gipson's claims against Defendants American President Lines, Ltd. And Neptune Orient Lines, Ltd. only may be dismissed without prejudice and without costs.

Respectfully submitted,

Dated: November 22, 2013          BRODSKY MICKLOW BULL & WEISS LLP


By  /s/ Edward M. Bull, III
    EDWARD M. BULL, III
    Attorneys for Plaintiff FENNIS GIPSON


Dated: November 22, 2013          LAUTMANN & GLENN LLP


By  /s/ Denise Savoie Lautmann
    DENISE SAVOIE LAUTMANN
    Attorneys for Defendant American President
    Lines, Ltd.

## [PROPOSED] ORDER

Having reviewed and considered the request of the parties to dismiss Defendants American President Lines, Ltd. And Neptune Orient Lines, Ltd.,

IT IS HEREBY ORDERED THAT:

Plaintiff Fennis Gipson's claims against American President Lines, Ltd. and Neptune Orient Lines, Ltd. are dismissed without prejudice and without costs.

IT IS SO ORDERED.

Dated:   November 25  , 2013

_____
HON.
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Jon S. Tigar*

2

STIPULATION FOR DISMISSAL AS TO DEFENDANTS AMERICAN PRESIDENT LINES, LTD AND
NEPTUNE ORIENT LINES, LTD.  AND PROPOSED ORDER