UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FENNIS GIPSON,<br><br>    Plaintiff,<br>  v.<br><br>BETEILIGUNGS - KG MS "NORTHERN GLANCE" et al.,<br><br>    Defendants. | Case No.  13-cv-03634-JD<br><br>**ORDER TO SHOW CAUSE** |

By a Clerks Notice filed on June 13, 2014, this Court set a case management conference in this matter for August 20, 2014 at 1:30 p.m.  The Court's Standing Order for Civil Cases requires that "each party shall be represented at the case management conference by lead counsel" and also advises parties that "[f]ailure of lead counsel to appear may result in sanctions."

On Wednesday, August 20, 2014, the Court held the further case management conference as scheduled.  Edward M. Bull III, counsel for plaintiff Fennis Gipson, did not appear.

Accordingly, plaintiff's counsel is hereby ordered to show cause in writing as to why the Court should not impose monetary sanctions on him in the amount of $500.00.  The response to this Order to Show Cause is due by 5:00 p.m. on Friday, August 22, 2014.

**IT IS SO ORDERED.**

Dated: August 20, 2014

_____
JAMES DONATO
United States District Judge