BRODSKY MICKLOW BULL & WEISS LLP
Edward M. Bull III (State Bar # 141996)
384 Embarcadero West, Suite 200
Oakland, CA 94607-3704
T: (510) 268-6180
F: (510) 268-6181

Attorneys for Plaintiff
FENNIS GIPSON


EMARD, DANOFF PORT TAMULSKI & WALOVICH LLP
Andrew I. Port (State Bar # 120977)
Mark D. Fenske (State Bar # 160640)
Kevin M. Baldwin (State Bar # 287580)
49 Stevenson Street, Suite 400
San Francisco, California 94105
T: (415) 227-9455
F: (415) 227-4255
aport@edptlaw.com
mfenske@edptlaw.com
kbaldwin@edptlaw.com

Attorneys for Defendants
BETEILIGUNGS-KOMMANDITGESELLSCHAFT MS
"NORTHERN GLANCE"
SCHIFFAHRTSGESELLSCHAFT mbH & CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FENNIS GIPSON,<br><br>        Plaintiff,<br><br>  vs.<br><br>AMERICAN PRESIDENT LINES, LTD., BETEILIGUNGS-KG MS "NORTHERN GLANCE" SCHIFFAHRTSGES. MBH & CO., NEPTUNE ORIENT LINES, LTD. in personam; APL MALAYSIA, her engines, tackle, furniture, apparel, etc., in rem; DOES 1 to 10.<br><br>        Defendants. | Case No.: 13-cv-03634 JD<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

///

- 1 -
STIPULATION AND ORDER OF DISMISSAL
U.S.D.C. NORTHERN DISTRICT, CASE NO. 13-cv-03634 JD

1    IT IS HEREBY STIPULATED, by and between the parties through their designated
2    counsel, that this action shall be dismissed with prejudice pursuant to Fed R. Civ. P.
3    41(a)(1)(A)(ii), with each party to bear its own costs and fees.

Dated: January 14, 2015              BRODSKY MICKLOW BULL & WEISS LLP


                                     By: _/S/ Edward M. Bull III____
                                        EDWARD M. BULL III
                                        Attorneys for Plaintiff FENNIS GIPSON


Dated: January 14, 2015              EMARD DANOFF PORT TAMULSKI
                                     & WALOVICH LLP


                                     By: __/s/ Andrew I. Port_____
                                        ANDREW I. PORT
                                        Attorneys for Defendant
                                        BETEILIGUNGS-KOMMANDITGESELLSCHAFT
                                        MS "NORTHERN GLANCE"
                                        SCHIFFAHRTSGESELLSCHAFT mbH & CO.


**CERTIFICATE OF SIGNATURE**

I attest that the content of this document is acceptable to Edward M. Bull, III, and that he authorized me to sign the document on his behalf.

____/s/ Andrew I. Port_____
Andrew I. Port

EMARD DANOFF PORT
TAMULSKI & WALOVICH
LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -
STIPULATION AND ORDER OF DISMISSAL
U.S.D.C. NORTHERN DISTRICT, CASE NO. 13-cv-03634 JD

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, THIS ACTION IS DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: 1015014

_____
JAMES DONATO
United States District Judge

EMARD DANOFF PORT
TAMULSKI & WALOVICH
LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 3 -

STIPULATION AND ORDER OF DISMISSAL
U.S.D.C. NORTHERN DISTRICT, CASE NO. 13-cv-03634 JD